**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Wilmington Trust, National Association, as Trustee, for the Benefit of the Holders of CoreVest American Finance 2021-2 Trust Mortgage Pass-Through Certificates, a Delaware corporation, | : | |
| | : | |
| | : | |
| | : | |
| | : | |
| | : | C.A. No. 2:23-cv-02353 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Vision Quest Investments 3 LLC, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Plaintiff is a real estate mortgage investment conduit trust.  The trustee of the trust, Wilmington Trust, N.A., is a wholly owned subsidiary of Wilmington Trust Corporation, which in turn is a wholly owned subsidiary of M&T Bank Corporation, which is a publicly-held company.

*[Signature Page Follows]*

22893269

Dated: June 21, 2023

**BENESCH, FRIEDLANDER,**
   **COPLAN & ARONOFF LLP**

 */s/ Michael J. Barrie*
Michael J. Barrie (No. 85625)
John C. Gentile (No. 322159)
One Liberty Place
1650 Market Street, 36th Floor
Philadelphia, PA 19103-7301
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: mbarrie@beneschlaw.com
       jgentile@beneschlaw.com

*-and-*

Kevin M. Capuzzi
1313 North Market Street, Suite 1201
Wilmington, Delaware 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
Email: kcapuzzi@beneschlaw.com


*Counsel to Plaintiff*